Kirk Poeppe #255681
Name and Prisoner/Booking Number

Lewis / Bachman
Place of Confinement

P.O. Box 3500
Mailing Address

Buckeye AZ 85326
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED  ☐ LODGED

**Jun 11 2018**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Kirk Poeppe
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Corizon Health Services LLC et.al,
(Full Name of Defendant)

(2) N.P. Lawrence Ende,

(3) Provider "Jane Doe" Hadadu?,

(4) M. Myers Nurse,

(5) B. Larson Warden Defendant(s).

(6) Mary Rankin Medical HUD

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-18-1828-PHX-JJT-DMF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

TRIAL BY JURY

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Lewis Prison / Buckeye

Revised 3/11/16                          1                          **550/555**

✻ $400.⁰⁰ Check for fees being sent by A.D.O.C.

## B. DEFENDANTS

1. Name of first Defendant: __CORIZON HEALTH SERVICES LLC et.al__. The first Defendant is employed as: _____ at __LEWIS PRISON__.
   (Position and Title)                              (Institution)

2. Name of second Defendant: __N.P. LAWRENCE ENDE__. The second Defendant is employed as: _____ at __LEWIS__.
   (Position and Title)                              (Institution)

3. Name of third Defendant: __JANE DOE "PROVIDER" HADADU__ The third Defendant is employed as: _____ at __LEWIS__.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: __M. MYERS   NURSE__. The fourth Defendant is employed as: _____ at __LEWIS__.
   (Position and Title)                              (Institution)

5. B. LARSON    WARDEN       LEWIS

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

6. MARY RANKIN   MEDICAL HUB    LEWIS

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>8TH AMMENDMENT</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☒ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Corizon Health LLC et.al and its employees have been Deliberately Indifferent to my medical needs. Plaintiff was seen by N.P. Ende who assured Plaintiff a visit to a Urologist for his "Hydrocele" that never happened. Provider "Jane Doe" Hadadul(?) examined Plaintiff and stated that there is nothing that can be done. Also, stated that Corizon will not spend # Money on any Surgery for this. And that Contract w/ Corizon and A.D.O.C. is "ending." Nurse Myers dismissed Plaintiff's pain from Hydrocel as "Made up". In May 2018 Plaintiff spoke w/ B. Larson "Complex Warden" about his testicle being enlarged and painful. The Response was "typical" saying Medical is aware and nothing further. Plaintiff has submitted Exhibit 1 where it is expressed that an adult w/ a Hydrocel for over a year Surgery is necessary.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Suffering for over a year w/ pain + discomfort from testicle being 3 x's larger than normal / Hydrocel. See Exhibit 1

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: __EIGHTH AMMENDMENT__

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Wexford ~~[crossed out]~~ diagnosed Plaintiff w/ Parkinson's Disease approx 8 yrs ago. Plaintiff was seen by a Neurologist only once. Neurologist recommended follow up every 6 months. Corizons employees, are Deliberately Indifferent to Plaintiff's needs of not sending Plaintiff for follow-ups Regularly. Due to their not wanting to Spend Money as told to Plaintiff by N.P. ENDE. Plaintiff's Chronic illness of Parkinsons is Rapidly getting worse by Spasmatic Muscles in Arms, Legs and face. Shaking of Hands and legs. Effecting his daily activities including inability to write up this Complaint. Plaintiff prays this Court to intervene and help Plaintiff from being subjected to Cruel and Unusual Punishment for a serious medical need.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Decline in Plaintiffs normal functions. Extensive Pain and Suffering w/out Seeing a Neurologist to prescibe proper medications

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## E. REQUEST FOR RELIEF

State the relief you are seeking: Immediate Surgery for testicle (Hydrocel) causing pain and discomfort by Urologist. Immediately seen by Neurologist and recommended treatment followed + seen regularly By Neurologist. $1,000,000 Compensatory Damages $1,000,000 for Punitive Damages. Attorney fees, Court fees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/8/2018
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6