LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785
Sarah L. Barnes /Bar No. 020362
E-mail: slb@bowwlaw.com
kel@bowwlaw.com

Attorneys for Defendant Charles L. Ryan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kirk Poeppe<br><br>   Plaintiff,<br><br>   v.<br><br>Corizon Health Services, *et al.*<br><br>   Defendants. | Case No. 2:18-cv-01828-JJT-DMF<br><br>**DEFENDANT RYAN'S MOTION FOR SUMMARY ADJUDICATION** |

Defendant Charles L. Ryan, with respect to injunctive relief, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 56(c) & (e), hereby moves for summary adjudication of his Motion for Summary Judgment, which he filed on October 16, 2019 (Dk. Nos. 123, 124). This Court gave Plaintiff until November 18, 2019, to respond in opposition to the Motion for Summary Judgment (Dk. No. 125), and Plaintiff has failed to respond and has not requested any other relief or provided any basis for failing to timely respond. As such, this Court should consider the matters in the Motion for Summary Judgment undisputed. And because the Motion for Summary Judgment, including supporting materials and facts, demonstrate that Defendant Ryan is entitled to summary judgment on Plaintiff's claims for injunctive relief because Plaintiff was released from prison, thereby mooting the injunctive relief claims (as set forth in more detail in the Motion for Summary Judgment and supporting Statement of Facts – Dk. Nos. 123-124), Defendant Ryan respectfully requests this Court summarily grant his Motion for Summary Judgment and dismiss the injunctive relief claims with prejudice.

1 | RESPECTFULLY SUBMITTED this 27th day of November, 2019.

2 | BROENING OBERG WOODS & WILSON, P.C.

3

4 | By: /s/ Sarah L. Barnes
Sarah L. Barnes
2800 North Central Avenue
Suite 1600
Phoenix, Arizona 85004
Attorneys for Defendant Charles L. Ryan

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of November, 2019, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, and/or submitted copies by U.S. mail to the following recipients:

Kirk Poeppe
9260 Pine Knob Road
Clarkston, MI 48348
*Plaintiff Pro Se*

Anthony Joseph Fernandez
Nichole Lynn Rowey
Quintairos Prieto Wood & Boyer PA
2390 E Camelback Rd., Ste. 440
Phoenix, AZ 85016
*Counsel for Corizon Defendants*

/s/ Kathy Lake