LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785
Sarah L. Barnes /Bar No. 020362
E-mail: slb@bowwlaw.com

Attorneys for Defendant David Shinn

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kirk Poeppe,<br><br>Plaintiff,<br><br>v.<br><br>Corizon Health Services LLC, et al.,<br><br>Defendants. | No. CV 18-01828-PHX-JJT (DMF)<br><br>**DEFENDANT SHINN'S NOTICE OF REPORT TO COURT REGARDING INJUNCTIVE RELIEF ORDERS** |

Defendant David Shinn, in his official capacity, as current Director of the Arizona Department of Corrections ("ADOC"), who is automatically substituted herein for Charles L. Ryan, former Director of ADOC, pursuant to Federal Rule of Civil Procedure 25(d), by and through undersigned counsel, pursuant to the Court's December 20, 2019 Minute Entry, (Dk. No. 134), directing that Defendant Ryan or his successor shall report to this Court no later than January 17, 2020), hereby submits the following report of current Director Shinn, in his official capacity, consistent with the instructions in the December 20, 2019, Minute Entry.

Director Shinn and/or his attorneys have reviewed the Arizona Department of Corrections' procedures to determine whether, when a court with jurisdiction over Director Shinn as a defendant in his official capacity in prisoner actions orders injunctive relief implicating the medical care or safety of an inmate in his charge, and for which he, in his

1  official capacity, holds responsibility to provide, either he or his attorneys are made aware
2  timely of the status of such injunctive orders and the state of compliance with such orders,
3  either by Department of Corrections employees or contracting entities such as Centurion,
4  or by the attorneys representing him and/or the Department of Corrections in the lawsuit,
5  and he reports that: (1) he is satisfied that those procedures are adequate to meet his
6  obligations in his official capacity under statute and to the Court, and these procedures do
7  not require modification in order to ensure their adequacy; and, 2) these adequate
8  procedures entail the healthcare vendor's attorneys (or his other attorneys in cases
9  involving orders regarding safety of an inmate) promptly notifying him or his attorneys, as
10 well as the healthcare vendors and/or its providers in cases involving orders regarding
11 medical care, of the injunctive relief orders with which compliance is expected by the
12 Court.

      RESPECTFULLY SUBMITTED this 16th day of January, 2020.

                             BROENING OBERG WOODS & WILSON, P.C.

                             By: /s/ Sarah L. Barnes_____
                                   Sarah L. Barnes
                                   2800 North Central Avenue
                                   Suite 1600
                                   Phoenix, Arizona 85004
                                   Attorneys for Defendant David Shinn

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with copies submitted by U.S. mail to the following recipients:

Kirk Poeppe
9260 Pine Knob Rd.,
Clarkston, MI 48348
*Plaintiff Pro Per*

Anthony Joseph Fernandez
Dustin A. Christner
Nichole L. Cullen
Quintairos Prieto Wood & Boyer PA
2390 E Camelback Rd., Ste. 440
Phoenix, AZ 85016
*Counsel for Corizon Defendants*

/s/ Kathy Lake